Merck